**Order entered January 27, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00349-CR

**RONALD GAYLON ROSSER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-81000-2015**

## ORDER

Before the Court is appellant's January 22, 2020 motion asking the Court to consider a correction to appellant's brief. We note that we are unable to alter electronically filed documents.

To the extent appellant seeks to file an amended brief, we **GRANT** his request and **ORDER** any amended brief filed on or before February 6, 2020.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE